[No. 71103-2-I. Division One. April 6, 2015.]

AIR SERV CORPORATION, *Respondent*, v. FLIGHT SERVICES & SYSTEMS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-01364-1, Julie A. Spector, J., entered October 9, 2013. *Remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Leach, JJ.

[No. 71134-2-I. Division One. April 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE GARRISON, *Appellant*.

The unpublished opinion in the above capitioned case was *withdrawn* by order of the Court of Appeals dated September 8, 2015. Substitute opinion filed. See 189 Wn. App. 1053.

[No. 71346-9-I. Division One. April 6, 2015.]

LEROY DOPPENBERG, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-41052-6, Richard D. Eadie, J., entered December 3, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Leach, JJ.